**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **TERESA PEDREGON** | ) | |
| | ) | **Case No: 20-512 "A" (4)** |
| **Plaintiff,** | ) | |
| | ) | **Judge: Zainey** |
| **v.** | ) | |
| | ) | **Magistrate: Roby** |
| **CHAD WOLF, ACTING SECRETARY,** | ) | |
| **UNITED STATES DEPARTMENT OF** | ) | |
| **HOMELAND SECURITY** | ) | |
| | ) | |
| **Defendant.** | ) | |

## MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM

**NOW INTO COURT**, through the undersigned Assistant United States Attorney, comes the Defendant, Chad Wolf, Acting Secretary of the United States Department of Homeland Security who, pursuant to Federal Rule of Civil Procedure 12(b)(6), moves to dismiss Plaintiff's class-action claims, her disparate treatment claims based on her December 9, 2019 non-selection, and her disparate impact claims. As explained in the attached memorandum in support, Plaintiff failed to exhaust her administrative remedies for these claims prior to filing this lawsuit.

Respectfully submitted,

PETER G. STRASSER
UNITED STATES ATTORNEY


 /s/ JASON M. BIGELOW
JASON M. BIGELOW
Assistant United States Attorney
LA Bar Roll No. 29761
650 Poydras Street - Suite 1600
New Orleans, Louisiana 70130
Telephone:  (504) 680-3025
Fax:  (504) 680-3174
Email:  jason.bigelow@usdoj.gov