**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

|  |  |  |
|---|---|---|
| TERESA PEDREGON, | ) | Civil Action No. 20-512 |
| | ) | |
| Plaintiff, | ) | Section "A" (4) |
| | ) | |
| v. | ) | Judge Zainey |
| | ) | |
| CHAD WOLF, ACTING SECRETARY, | ) | Magistrate Judge Roby |
| UNITED STATES DEPARTMENT OF | ) | |
| HOMELAND SECURITY | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## DECLARATION OF LISA CULPEPPER

I, Lisa Culpepper, hereby declare under the provisions of 28 U.S.C. Section 1746 as follows:

1. I am employed as the Deputy Director of the Privacy and Diversity Office – EEO Division, U.S. Department of Homeland Security, Customs and Border Protection (CBP).  My office receives and processes equal employment opportunity (EEO) complaints filed by applicants and current CBP employees. My duties include overseeing three branches in the Diversity and EEO Division, assigning formal complaints for processing, overseeing the formal complaints process, and ensuring timely and complete case processing and investigations.

2.  As Deputy Director of the Privacy and Diversity Office – EEO Division, I have access to the files regarding the EEO administrative proceedings of Plaintiff Teresa Pedregon.  After Plaintiff filed the instant suit in district court, I gathered and reviewed Plaintiff's EEO administrative files.  Plaintiff's instant suit stems from her administrative complaint designated as HS-CBP-00701-2019. These files are currently maintained at the Privacy and Diversity Office – EEO Division, U.S. Department of Homeland Security, Customs and Border

1

Protection.  I have also reviewed these documents in preparation for this declaration and the following attached documents are true and correct copies:

   a. **Exhibit A-1** – Plaintiff Teresa Pedregon's administrative discrimination complaint and subsequent amendments.

   b. **Exhibit A-2** – EEO Counselor's Report generated after Plaintiff contacted CBP concerning her November 2018 non-selection for an Associate Chief position at Border Patrol Headquarters in Washington, D.C.

   c. **Exhibit A-3** – CBP claim acceptance letters.

   d. **Exhibit A-4** – CBP claim denial letter for the amendment concerning the December 2019 non-selection for an Associate Chief position at Border Patrol Headquarters in Washington, D.C, listed at paragraph 21, section J of Plaintiff's Second Amended Complaint.

   e. **Exhibit A-5** – EEO Counselor's Report generated after Plaintiff contacted CBP concerning her December 2019 non-selection for an Associate Chief position at Border Patrol Headquarters in Washington, D.C.

3. Our office has no record of Plaintiff Teresa Pedregon presenting or advancing a class action discrimination complaint through the CBP's administrative process.

4. Our office has no record of Plaintiff Teresa Pedregon identifying or presenting the facially neutral employment practice that allegedly resulted in a disparate impact on Hispanic, brown-skinned, or female employees during the CBP's administrative process.

5. Our office records indicate that Plaintiff Teresa Pedregon contacted an EEO counselor for regarding the December 2019 non-selection for an Associate Chief position at Border

Patrol Headquarters in Washington, D.C., but there is no record of Plaintiff Pedregon filing

a formal complaint of discrimination with CBP regarding the non-selection.

6.      I declare under penalty of perjury that the foregoing is true and correct.


Date:   August 31, 2020              _____

Lisa Culpepper
Deputy Director, Diversity and EEO Division
Privacy and Diversity Office
U.S. Customs and Border Protection
lisa.culpepper@cbp.dhs.gov

3