FOR OFFICIAL USE ONLY

U.S. DEPARTMENT OF HOMELAND SECURITY
U.S. CUSTOMS AND BORDER PROTECTION

# EEO Counselor's Report

1.  **Case Number:** HS-CBP-00701-2019

2.  **Complainant Last Name:** Pedregon

3.  **Complainant First Name:** Teresa

4.  **Date of Initial Contact:** January 14, 2019

5.  **Date of Initial Interview:** February 12, 2019

6.  **Date of Alleged Discriminatory Act:** November 30, 2018

7.  **Job Title/Series/Grade:** Division Chief Border Patrol Agent / GS-1896-14

8.  **Duty Station/Local CBP Office/Headquarters Office:** New Orleans Sector, New Orleans Sector Headquarters

9.  **Work Phone Number: (**504) 376-2803

10. **Cell Phone Number: (**504) 202-1030

11. **Work Email Address: teresa.pedregon@cbp.dhs.gov**

12. **Home Email Address:** N/A

13. **Is the Complainant a Member of a Bargaining Unit?** No

14. **Identify the Bargaining Unit:** N/A

15. **Representative (Provide name, address, telephone number, email address, and indicate if s/he is an attorney):**

    Attorney Kevin Vogeltanz
    823 Carroll Street, Suite A
    Mandeville, LA 70448
    vogeltanz@gmail.com
    (504) 275-5149

16. **NOTICE OF RIGHTS AND RESPONSIBILITIES: Was the Complainant advised in writing of his or her rights and responsibilities?** January 07, 2019

17. **Request for Anonymity:** Complainant waived right to anonymity on January 07, 2019.

18. **Election to Participate in ADR:** ADR was accepted buy not conducted.

**WARNING:** This document is FOR OFFICIAL USE ONLY (FOUO). It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with Department of Homeland Security policy relating to FOUO information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval of an authorized Department of Homeland Security official.

REVISED December 2017

U.S. DEPARTMENT OF HOMELAND SECURITY
U.S. CUSTOMS AND BORDER PROTECTION

---

19. **Basis:** race (white), color (brown), national origin (hispanic) and gender (female)

20. **Issue:** Non-Selection

21. **Summary of Facts Presented by Complainant:**

Complainant Teresa Pedregon, Acting Deputy Chief Border Patrol Agent, New Orleans Sector, Complainant contacted the EEO office on January 14, 2019 and alleged unlawful discrimination on the basis of race (white), gender (female), national origin (hispanic), and color (brown), when she was not selected for the position of Supervisory Border Patrol Agent - Associate Chief (JOA# USBP-IMP-10288672-JRB) on November 30, 2018.

**Issue 1: In January 2018, Complainant was not selected for the position of Associate Chief, under Job Opportunity Announcement number USBP-IMP-10071938-CT.**

Complainant stated she was unlawfully discriminated against based on national origin (hispanic), color (brown), race (white) and gender (female) when she was not selected for the position of Associate Chief. Complainant stated she has applied for the position of Associate Chief on two occasions and was not selected. She said the first time she applied for the position was under JOA# USBP-IMP-10071938-CT and was informed in January of 2018 that she was not selected for the position. Complainant stated that there were approximately six vacancies that need to be filled under the JOA. She said that of the six selected, to her knowledge, two were white males. She said she was more qualified than the two white males that were selected based on her education, time with the Agency and management experience. She stated that she was referred but never interviewed for the position. Complainant stated she was aware that more than 45 days has passed since she was made aware that she was not selected for the position and she is not filing a complaint based off of JOA# USBP-IMP-10071938-CT. *(Complainant provided email confirmation on March 12, 2019, that she did not want to include issue 1 as part of her EEO complaint.)*

**Issue 2: On November 30, 2018, Complainant was not selected for the position of Associate Chief, under Job Opportunity Announcement number USBP-IMP-10288672-JRB.**

Complainant stated that she applied for the position of Supervisory Border Patrol Agent - Associate Chief (JOA# USBP-IMP-10288672-JRB) for a second time and was notified on November 30, 2018 by email that she was not selected via USAjobs. Complainant stated that two white men were selected for the vacancy, whom she believe she is more qualified than. Complainant stated that she has a Master's degree and the two individuals selected both have bachelor's degrees. Complainant said one of the individuals selected was a direct report to her in the past.

**WARNING:** This document is FOR OFFICIAL USE ONLY (FOUO). It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with Department of Homeland Security policy relating to FOUO information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval of an authorized Department of Homeland Security official.

REVISED December 2017

FOR OFFICIAL USE ONLY

U.S. DEPARTMENT OF HOMELAND SECURITY
U.S. CUSTOMS AND BORDER PROTECTION

Complainant stated she also believes she is more qualified because she has experience at the GS-15 level as Acting Deputy Border Patrol Agent for three months in 2017, for six months in 2018, and four months in 2019.  She said that in the past, she held the position of Watch Commander for four years at Nogales Station.  Complainant stated she believes Brian Hastings, Chief, Law Enforcement Operational programs is responsible for her not being selected for the position. She stated that he Chief Hastings is responsible for the selections and she has noticed that white males are usually selected for the positions. Complainant stated that she has never reported the incidents of non-selection to her supervisor or to the agency. Complainant stated she has been unlawfully discriminated against on the basis of gender (female), color (brown) and national origin (hispanic) when she was not selected for JOA # USBP-IMP-10288672-JRB.

22. **Remedies Requested:**  Promotion to GS-1896-15 Supervisory Border Patrol Agent (Associate Chief), lost wages from November 30, 2018, compensatory damages and attorney fees as well as any other damages per federal law.

23. **Was the Counselor Contacted within 45 Calendar Days of Each of the Claim(s) Identified Above?** Issue 1 appears to be untimely and Complainant stated awareness of the 45 calendar days to file a complaint; Issue 2 appears to be timely.

24. **Date of Merit Promotion and Mission Support Hold Requests (for non-selection complaints) to Office of Human Resources Management and the local Mission Support Director or designee, where the vacancy was announced:**  April 4, 2019.

25. **Did Complainant File a Union Grievance or an Appeal with the Merit Systems Protection Board (MSPB) on (any of) the Same Claims Raised During this Counseling Session?** N/A

26. **Name and Date of Labor Relations Specialist Consulted Regarding Union Grievance:** N/A

27. **Name and Date of Agency Attorney Consulted Regarding a MSPB Appeal:** N/A

28. **Summary of Management Response(s) to Claims** *(Include titles, telephone numbers, email addresses)***:**

Brian Hastings, Director, Law Enforcement Operational Programs, Headquarters, ES-1896-00USBP, (202) 325-2251, brian.s.hastings@cbp.dhs.gov.

Chief Brian Hastings, race (white), color (white), gender (male) stated that he believes he signed the certificate and was the recommending official for JOA#

**WARNING:** This document is FOR OFFICIAL USE ONLY (FOUO).  It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552).  It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with Department of Homeland Security policy relating to FOUO information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval of an authorized Department of Homeland Security official.

REVISED December 2017

FOR OFFICIAL USE ONLY

U.S. DEPARTMENT OF HOMELAND SECURITY
U.S. CUSTOMS AND BORDER PROTECTION

---

USBP-IMP-10288672-JRB.  Chief Hastings stated that he would have to do some research into the job announce to be able to elaborate on the specifics of the selections.  Chief Hastings stated interviews were not conducted for the position.  He said the criterion that was used for selection was a Full Matrix - CBP Form 360.  Chief Hastings said the selections were made by an evaluation of resumes and from information provided by the candidates direct superior's on their job performance.  Chief Hastings stated that Complainant was not the best qualified. Chief Hastings stated that she was not selected for the position because she did not have any "command time in the field" or Patrol Agent In Charge (PAIC) time.  Chief Hastings stated that "command time in the field" at a medium to large station was the most important factor that was used to fill the position.  Chief Hastings stated that the individuals selected for the position were male, but he would have to research the job announcement to provide more information about the individuals selected.  Chief Hastings stated he did not discriminate against Complainant when she was not selected for the position of Supervisory Border Patrol Agent - Associate Chief (JOA# USBP-IMP-10288672-JRB).

29. **Date and Summary of Final Interview:**

The final interview was conducted on April 10, 2019 via telephonically.  I reviewed the basis/issue of the case and Complainant agreed.  I reviewed the management response with the Complainant. I informed Complainant that informal counseling had concluded and that she had three options with respect to his complaint (i.e., file a formal complaint pursuant to 29 C.F.R. 1614, withdraw, or take no further action).  Complainant stated she is going to file a formal complaint.

I explained that he has 15 calendar days from receipt of the Notice of Right to File a Discrimination Complaint (NRTF) to file a formal statutory complaint.  It was stated to the Complainant to use the DHS formal complaint form if she elected to file a formal complaint.  She was advised that she could attach a copy of the NRTF to describe the actions taken against her if she believes they were discriminatory.  It was also explained that an acknowledgement letter would be issued upon receipt of a formal complaint and that if her complaint was accepted for processing, she will have the opportunity to provide an affidavit and submit any relevant documents to support her claim at that time.

30. **Potential Witnesses Identified by Parties and Summary of Possible Statements**
*(Include title, grade/series, telephone number, and email address, if available)***:**

Brian Hastings, Chief of the Law Enforcement Operations Directorate, Phone: (716) 774-7202, Email: **brian.s.hastings@cbp.dhs.gov.**

**WARNING:** This document is FOR OFFICIAL USE ONLY (FOUO).  It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552).  It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with Department of Homeland Security policy relating to FOUO information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval of an authorized Department of Homeland Security official.

REVISED December 2017

FOR OFFICIAL USE ONLY

U.S. DEPARTMENT OF HOMELAND SECURITY
U.S. CUSTOMS AND BORDER PROTECTION

---

31. **Documents Reviewed:**

   **a.** Initial EEO contact email.

   **b.** USAA JOA# USBP-IMP-10288672-JRB

   c. Notification of non-selection for JOA# USBP-IMP-10071938-CT from USAjobs.

   d. Email - Dated March 12, 2019, Withdrawal of issue 1.

32. **Outcome of Pre-complaint Inquiry:**  ADR was accepted but not conducted.

33. **Date and Method NORTF Issued to Complainant and his/her Representative, if applicable (include tracking number, if relevant):**

   NORTF was sent via email with read receipt confirmation on April 10, 2019.

34. **Date and Documentation of Receipt of NORTF from Complainant and his/her Representative, if applicable:** April 10, 2019.

35. **Date Counseling Report Approved:** April 9, 2019

36. **Name of EEO Counselor:** Jamar Fowler

37. **Date: A**pril 9, 2019

**WARNING:** This document is FOR OFFICIAL USE ONLY (FOUO).  It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552).  It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with Department of Homeland Security policy relating to FOUO information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval of an authorized Department of Homeland Security official.

REVISED December 2017