| | |
|---|---|
| **From:** | DAVIDSON, DANIELLE |
| **To:** | PEDREGON, TERESA (NLL); Kevin Vogeltanz |
| **Cc:** | LANE, JENNIFER M |
| **Subject:** | HS-CBP-00701-2019 |
| **Date:** | Tuesday, July 9, 2019 1:37:00 PM |
| **Attachments:** | PACC Pedregon, T. CBP-00701-2019.pdf |
| | Consent to Mediate Form (Pedregon).pdf |
| | Mediation- A Valuable Tool to Resolve Workplace Issues.pdf |

Ms. Pedregon / Mr. Vogeltanz,

Please see the attached letters concerning the above-referenced complaint.  As mentioned, I will be contacting you in the future to begin the investigation.  Should you have any questions or concerns in the meantime, please feel free to contact me anytime.

Regards,

**Danielle N. Davidson**
**EEO Specialist (Investigator)**
U.S. Customs and Border Protection (CBP)
Office of the Commissioner
Privacy and Diversity Office (PDO)
1300 Pennsylvania Avenue NW, Suite 3.3D, Mail Stop #1019
Washington, D.C. 20229
Telephone: (202) 746-8175
danielle.n.davidson@cbp.dhs.gov

🌿 *Join PDO by supporting our **green initiative** which promotes a **paperless environment** by scanning and returning all forms and correspondence electronically.*

*This message contains information intended only for the addressee named above. If you believe you have received this email in error, please notify the sender immediately.*

1300 Pennsylvania Avenue, NW
Room 3.3D, Mailstop #1019
Washington, DC  20229



U.S. Customs and
Border Protection

July 9, 2019


Kevin S. Vogeltanz, Esq.
The Law Office of Kevin S. Vogeltanz, LLC
**VIA EMAIL ONLY:**  vogeltanz@gmail.com

> Complaint of Teresa Pedregon v. Kevin K. McAleenan,
> Acting Secretary, U.S. Department of Homeland Security
> Case Number:  HS-CBP-00701-2019

Dear Mr. Vogeltanz:

This letter refers to the above-referenced complaint of discrimination filed on April 24, 2019.  Portions of the complaint are hereby accepted, and a portion is dismissed.

**Claim Accepted for Investigation:**

Based on our review of the formal complaint and the EEO Counseling Report, this portion of the complaint is accepted for processing under the provisions of the Equal Employment Opportunity Commission (EEOC) regulations, 29 CFR Part 1614.  The scope of the investigation will include the following claims only:[1]

1. Whether U.S. Customs and Border Protection (CBP) discriminated against Complainant, Acting Deputy Chief Patrol Agent, GS-1896-14, New Orleans Sector, based on her color (brown), national origin (Hispanic), and sex (female), when on November 30, 2018, Complainant learned she was not selected for the position of Associate Chief, GS-1896-15, Washington, D.C., advertised under Job Opportunity Announcement: USBP-IMP-10288672-JRB.

---

[1]    By accepting the identified claim(s), the Agency does not waive its authority to dismiss the complaint, or issues of the complaint, if procedural grounds are identified that call for a dismissal. The EEOC has held on numerous occasions that agencies have acted properly when initially accepting complaints but dismissing them later for appropriate reasons. See *Rodriguez v. Department of Defense*, EEOC Appeal No. 01953421 (Apr. 25, 1996); *Cook v. Social Security Administration*, EEOC Appeal No. 01944962 (Oct. 12, 1995) (agency's procedural dismissal of the complaint held appropriate even though issued after issuance of administrative judge's findings and conclusions, but before agency's receipt of the administrative judge's findings and conclusions).

2. Whether Complainant was subjected to disparate impact based on color (brown), national origin (Hispanic), and sex (female), by facially neutral practices in connection with selections for the Associate Chief, GS-1896-15, positions within U.S. Border Patrol (USBP); as supported by statistical and historical evidence.

I have been assigned to thoroughly investigate all aspects of the issues accepted for processing. As the investigator, I have the authority to administer oaths and to require employees to furnish affidavits under oath or affirmation without a promise of confidentiality or, alternatively, by written statements under penalty of perjury. The complainant has a responsibility to cooperate with the investigator in timely scheduling an appointment, meeting with the investigator and providing necessary written statements. Failure to do so may result in the dismissal of the complaint for failure to cooperate.

Any affidavit, written statement, or documentary evidence submitted to the investigator is subject to prohibitions against improper disclosures. All parties who provide statements or documentary evidence bear the responsibility to ensure that the submissions are properly sanitized, and should consult with bureau disclosure officials if there are any questions concerning what material would constitute disclosure.

Upon completion of the investigation, you will be furnished a copy of the Report of Investigation in electronic, portable document format (PDF) and an election form on which you may elect one of the following options: (1) a hearing and decision by an EEOC Administrative Judge; (2) a final decision by the Department of Homeland Security (DHS) without a hearing; or (3) withdrawal of the complaint.

You also may request a hearing from an Administrative Judge at any time after 180 days from the date of the original complaint. If you wish to amend the complaint after you have requested a hearing, you may file a motion with the Administrative Judge.

Should you request a hearing on your complaint, your request should be sent to:

District Director
Equal Employment Opportunity Commission
Houston District Office
Mickey Leland Building
1919 Smith Street, 6th Floor
Houston, TX 77002

In accordance with 29 CFR §1614.108(g), you must send a copy of your request for a hearing to the Privacy and Diversity Office.

You will have the right to appeal to the EEOC, Office of Federal Operations, DHS' final decision or final order, or file a civil action in federal district court.

In addition, please note that 29 CFR §1614.603 directs the Agency to make reasonable efforts to voluntarily settle a complaint throughout administrative processing.  A settlement may afford quick closure to a dispute, save time and expense for the parties, and resolve workplace uncertainties.  In accordance with §1614.102(b)(2), a formal Alternative Dispute Resolution (ADR) Program is made available to complainants after the filing of a complaint until the completion of the investigation of their complaint. Participation in the ADR Program will have no effect on the rights and responsibilities otherwise possessed by the parties with regard to the complaint, or on the timeframes for processing the complaint otherwise provided for by the regulations.  The terms of any settlement agreement will be reduced to writing, and you will be given a copy.

ADR may be requested by completing and returning the attached "Consent to Engage in ADR and Confidentiality Agreement" form to the Privacy and Diversity Office.

**<u>Partial Dismissal:</u>**

In addition to the above, a review of your formal discrimination complaint and the EEO Counselor's report indicates that the following claim has also been raised:

> Whether U.S. Customs and Border Protection (CBP) discriminated against Complainant, Acting Deputy Chief Patrol Agent, GS-1896-14, New Orleans Sector, based on her color (brown), national origin (Hispanic), and sex (female), when:
>
> 3.  In January 2018, Complainant learned she was not selected for the position of Associate Chief, GS-1896-15, Washington, D.C., advertised under Job Opportunity Announcement: USBP-IMP-10071938-CT.

Issue 3 is dismissed in accordance with U.S. Equal Employment Opportunity Commission (EEOC) Regulations at Title 29 of the Code of Federal Regulations (C.F.R.), pursuant to 29 C.F.R. §1614.107(a)(2) for failure to comply with the applicable regulatory time limits to contact an EEO Counselor.

*Untimely Counselor Contact*

The regulation at 29 C.F.R. §1614.105(a)(1) requires that a complainant initiate contact with an EEO Counselor within 45 days of the date of the matter alleged to be discriminatory or, in the case of a personnel action, within 45 days of the effective date of the  action.  The regulation at §1614.107(a)(2) further provides that an agency shall dismiss a complaint that has not been brought to the attention of an EEO Counselor timely and is not like or related to a matter that has been brought to the attention of the

EEO Counselor.  However,  according to 29 C.F.R. §1614.105(a)(2), an agency shall extend the 45-day time limit when the  complainant shows that he or she was not notified of the time limit and was not otherwise aware of it, that he or she did not know and reasonably should not have known that the discriminatory matter or personnel action occurred, that despite due diligence, he or she was prevented by circumstances beyond his or her control from contacting the EEO Counselor within the time limit, or for other reasons considered sufficient by the agency or the EEOC.

The record reflects that you initiated informal EEO counseling on January 14, 2019.  As such, Issue 3 was not timely raised within 45 days of learning that you were not selected under Job Opportunity Announcement: USBP-IMP-10071938-CT (JOA 10071938), and was instead discussed with the EEO Counselor in the instant case, approximately a year later.  By email dated March 12, 2019, you indicated to the EEO Counselor that you did not intend to include the issue of your non-selection under JOA 10071938 due to it being untimely raised; however, the narrative in your formal complaint made additional reference to your non-selection under JOA 10071938.  The narrative in your formal complaint also included a note that your case concerns only the non-selection from November 30, 2018, while providing facts regarding JOA 10071938 as further evidence. In the event, however, that you were attempting to raise your non-selection under JOA 10071938, that issue is dismissed as a result of not contacting an EEO Counselor in a timely manner.

In accordance with 29 CFR §1614.107(b), Issue 3 will not be investigated.  A copy of this letter, and any supporting documentation, will be placed in the complaint file.  This decision is reviewable by an Administrative Judge if a hearing is requested on the remainder of the complaint.  If you request a final decision from the agency without a hearing, the agency will issue a decision addressing all claims in the complaint, including the rationale for dismissing claims, and its finding on the remainder of the complaint. This dismissal may not be appealed until a final action is taken on the remainder of the complaint.

If you have any further questions regarding the ADR Program or the processing of your complaint, please contact me at (202) 746-8175, or at email address danielle.n.davidson@cbp.dhs.gov.

Sincerely,

Danielle Davidson, EEO Investigator
Privacy and Diversity Office
U.S. Customs and Border Protection


Enclosures:    Consent to Engage in ADR and Confidentiality Agreement Form

Mediation:  A Valuable Tool to Resolve Workplace Issues

cc:    Teresa Pedregon
       **<u>VIA EMAIL ONLY</u>:**  teresa.pedregon@cbp.dhs.gov

| | |
|---|---|
| **From:** | DAVIDSON, DANIELLE |
| **To:** | PEDREGON, TERESA (NLL); Kevin Vogeltanz |
| **Cc:** | LANE, JENNIFER M |
| **Subject:** | HS-CBP-00701-2019 |
| **Date:** | Thursday, October 3, 2019 9:05:00 AM |
| **Attachments:** | AMD ACC Pedregon, T. CBP-00701-2019.pdf |

Ms. Pedregon / Mr. Vogeltanz,

Please see the attached letter in response to your amendment requests.

Thank you,

**Danielle N. Davidson**
**EEO Specialist (Investigator)**
U.S. Customs and Border Protection (CBP)
Office of the Commissioner
Privacy and Diversity Office (PDO)
1300 Pennsylvania Avenue NW, Suite 3.3D, Mail Stop #1019
Washington, D.C. 20229
Telephone: (202) 746-8175
danielle.n.davidson@cbp.dhs.gov

*Join PDO by supporting our **green initiative** which promotes a **paperless environment** by scanning and returning all forms and correspondence electronically.*

*This message contains information intended only for the addressee named above. If you believe you have received this email in error, please notify the sender immediately.*

1300 Pennsylvania Avenue, NW
Room 3.3D, Mailstop #1019
Washington, DC  20229



**U.S. Customs and Border Protection**

October 3, 2019

Kevin S. Vogeltanz, Esq.
The Law Office of Kevin S. Vogeltanz, LLC
**VIA EMAIL ONLY:**  vogeltanz@gmail.com

> Complaint of Teresa Pedregon v. Kevin K. McAleenan,
> Acting Secretary, U.S. Department of Homeland Security
> Case Number:  HS-CBP-00701-2019

Dear Mr. Vogeltanz:

The Privacy and Diversity Office received your correspondence of July 25, 2019 and August 27, 2019, requesting to amend the above-referenced complaint pending in the administrative process.

The regulation at 29 CFR §1614.106 provides that a complaint may be amended to add issues or claims that are like or related to claims raised in the complaint prior to completion of the investigation.  Like or related issues or claims are those which add to or clarify the original claims that could have been reasonably expected to grow out of the investigation of the original claims.

In your correspondence dated July 25, 2019, you indicated that Complainant had applied for the position of Patrol Agent in Charge (PAIC), GS-1896-14, in Three Points, AZ on March 8, 2019.  Thereafter, Complainant was selected to interview in first and second-round interviews.  However, on June 11, 2019, Complainant received email notification that she was not selected for the PAIC position.  You have alleged that Complainant's non-selection for the PAIC position was based on her sex, national origin, color and retaliation for having filed the instant complaint.  In addition, you identified Chief Brian Hastings and Chief Patrol Agent (CPA) Gregory Bovino as the management officials responsible for discriminating and/or retaliating against Complainant.  Further, in your correspondence, you also indicated that Complainant had been reassigned, and effectively demoted, to the position of Division Chief of Operational Programs on July 18, 2019.  You also identified CPA Bovino as the management official responsible for the action.

In your correspondence dated August 27, 2019, you indicated that Complainant had

learned she was not selected for the following: 1) position of Deputy Chief Patrol Agent, New Orleans, LA, advertised under job opportunity announcement USBP-IMP-10386844; 2) position of Associate Chief, Washington, D.C., advertised under job opportunity announcement USBP-IMP-10422166-XVA; and 3) position of Patrol Agent in Charge, Willcox, AZ, advertised under job opportunity announcement USBP-IMP-10510255-HH.  You identified that Complainant learned or her non-selections for the positions on May 17, 2019, July 26, 2019, and August 23, 2019, respectively, and alleged retaliation and disparate treatment by Chief Hastings and CPA Bovino.

Based on our review, the claims raised in your correspondence is like or related to the claims raised in the pending complaint.  Therefore, we are amending the pending complaint to include the new claims.  The filing date of the latest amendment is **August 27, 2019**.  The amended claims (in **bold**) to be investigated are:

1. Whether U.S. Customs and Border Protection (CBP) discriminated against Complainant, Acting Deputy Chief Patrol Agent, GS-1896-14, New Orleans Sector, based on her color (brown), national origin (Hispanic), sex (female), and reprisal (participation)[1], when she was subjected to disparate treatment when the following occurred:

     a. On November 30, 2018, Complainant learned she was not selected for the position of Associate Chief, GS-1896-15, Washington, D.C., advertised under Job Opportunity Announcement: USBP-IMP-10288672-JRB.

     b. **On May 17, 2019, Complainant learned she was not selected for the position of Deputy Chief Patrol Agent, GS-1896-15, New Orleans, LA, advertised under Job Opportunity Announcement: USBP-IMP-10386844-CJH.**  *(Amendment filed on August 27, 2019)*

     c. **On June 11, 2019, Complainant learned she was not selected for the position of Patrol Agent in Charge, GS-1896-14, Three Points, AZ, advertised under Job Opportunity Announcement: USBP-IMP-10429075-HH.**  *(Amendment filed on July 25, 2019)*

     d. **On July 18, 2019, Complainant was demoted as a result of being reassigned to the position of Division Chief of Operational Programs at New Orleans Sector.**  *(Amendment filed on July 25, 2019)*

     e. **On July 26, 2019, Complainant learned she was not selected for the position of Associate Chief, GS-1896-15, Washington, D.C.,**

---

[1]    Reprisal applies to issues 1b, 1c, 1e and 1f only.

**advertised under Job Opportunity Announcement: USBP-IMP-10422166-XYA.** *(Amendment filed on August 27, 2019)*

f.  **On August 23, 2019, Complainant learned she was not selected for the position of Patrol Agent in Charge, GS-1896-14, Wilcox, AZ, advertised under Job Opportunity Announcement: USBP-IMP-10510255-HH.** *(Amendment filed on August 27, 2019)*

2.  Whether Complainant was subjected to disparate impact based on color (brown), national origin (Hispanic), and sex (female), by facially neutral practices in connection with selections for the Associate Chief, GS-1896-15, positions within U.S. Border Patrol (USBP); as supported by statistical and historical evidence.

In accordance with 29 CFR §1614.106(e), you have the right to appeal the final action on the amended complaint.  Further, the agency is required to complete an investigation of the amended complaint within the earlier of 180 days after the amendment or 360 days of the filing of the original complaint.  You may request a hearing from an Administrative Judge at any time after 180 days from the date of the first filed complaint.

If you request a hearing on your amended complaint, your request must be sent to:

District Director
Equal Employment Opportunity Commission
Houston District Office
Mickey Leland Building
1919 Smith Street, 6th Floor
Houston, TX 77002

You must also send a copy of your hearing request to this office.

If you have any questions, please feel free to contact me at (202) 746-8175.

Sincerely,

DDavidson

Danielle Davidson, EEO Investigator
Privacy and Diversity Office
U.S. Customs and Border Protection

cc:    Teresa Pedregon
       **VIA EMAIL ONLY:**  teresa.pedregon@cbp.dhs.gov

| From: | DAVIDSON, DANIELLE |
| --- | --- |
| To: | PEDREGON, TERESA (NLL); "Kevin Vogeltanz" |
| Cc: | LANE, JENNIFER M |
| Subject: | HS-CBP-00701-2019 |
| Date: | Wednesday, October 30, 2019 1:49:00 PM |
| Attachments: | AMD ACC (2) Pedregon, T. CBP-00701-2019.pdf |

Ms. Pedregon / Mr. Vogeltanz,

Please see the attached letter in response to your most recent amendment request.

Thank you,

**Danielle N. Davidson**
**EEO Specialist (Investigator)**
U.S. Customs and Border Protection (CBP)
Office of the Commissioner
Privacy and Diversity Office (PDO)
1300 Pennsylvania Avenue NW, Suite 3.3D, Mail Stop #1019
Washington, D.C. 20229
Telephone: (202) 746-8175
danielle.n.davidson@cbp.dhs.gov

*Join PDO by supporting our **green initiative** which promotes a **paperless environment** by scanning and returning all forms and correspondence electronically.*

*This message contains information intended only for the addressee named above. If you believe you have received this email in error, please notify the sender immediately.*

**1300 Pennsylvania Avenue, NW**
**Room 3.3D, Mailstop #1019**
**Washington, DC  20229**



U.S. Customs and
Border Protection

October 30, 2019

Kevin S. Vogeltanz, Esq.
The Law Office of Kevin S. Vogeltanz, LLC
**VIA EMAIL ONLY:**  vogeltanz@gmail.com

> Complaint of Teresa Pedregon v. Kevin K. McAleenan,
> Acting Secretary, U.S. Department of Homeland Security
> Case Number:  HS-CBP-00701-2019

Dear Mr. Vogeltanz:

The Privacy and Diversity Office received your correspondence of October 18, 2019, requesting to amend the above-referenced complaint pending in the administrative process.

The regulation at 29 CFR §1614.106 provides that a complaint may be amended to add issues or claims that are like or related to claims raised in the complaint prior to completion of the investigation.  Like or related issues or claims are those which add to or clarify the original claims that could have been reasonably expected to grow out of the investigation of the original claims.

In your correspondence dated October 18, 2019, you indicated that Complainant had learned she was not selected after receiving official notice of non-selection for the following: 1) position of Patrol Agent in Charge, Tucson, AZ, advertised under job opportunity announcement USBP-IMP-10532623-HH; and 2) position of Associate Chief, Washington, D.C., advertised under job opportunity announcement USBP-IMP-10577328-XVA.  You identified that Complainant learned or her non-selections for the positions on September 3, 2019 and October 1, 2019, respectively, and alleged retaliation and disparate treatment by Chief Brian Hastings and Chief Patrol Agent (CPA) Gregory Bovino.

Based on our review, the claims raised in your correspondence is like or related to the claims raised in the pending complaint.  Therefore, we are amending the pending complaint to include the new claims.  The filing date of the latest amendment is **October 18, 2019**.  The amended claims (in **bold**) to be investigated are:

1. Whether U.S. Customs and Border Protection (CBP) discriminated against Complainant, Acting Deputy Chief Patrol Agent, GS-1896-14, New Orleans Sector, based on her color (brown), national origin (Hispanic), sex (female), and reprisal (participation)[1], when she was subjected to disparate treatment when the following occurred:

   a. On November 30, 2018, Complainant learned she was not selected for the position of Associate Chief, GS-1896-15, Washington, D.C., advertised under Job Opportunity Announcement: USBP-IMP-10288672-JRB.

   b. On May 17, 2019, Complainant learned she was not selected for the position of Deputy Chief Patrol Agent, GS-1896-15, New Orleans, LA, advertised under Job Opportunity Announcement: USBP-IMP-10386844-CJH.  *(Amendment filed on August 27, 2019)*

   c. On June 11, 2019, Complainant learned she was not selected for the position of Patrol Agent in Charge, GS-1896-14, Three Points, AZ, advertised under Job Opportunity Announcement: USBP-IMP-10429075-HH.  *(Amendment filed on July 25, 2019)*

   d. On July 18, 2019, Complainant was demoted as a result of being reassigned to the position of Division Chief of Operational Programs at New Orleans Sector.  *(Amendment filed on July 25, 2019)*

   e. On July 26, 2019, Complainant learned she was not selected for the position of Associate Chief, GS-1896-15, Washington, D.C., advertised under Job Opportunity Announcement: USBP-IMP-10422166-XYA.  *(Amendment filed on August 27, 2019)*

   f. On August 23, 2019, Complainant learned she was not selected for the position of Patrol Agent in Charge, GS-1896-14, Wilcox, AZ, advertised under Job Opportunity Announcement: USBP-IMP-10510255-HH.  *(Amendment filed on August 27, 2019)*

   g. **On September 3, 2019, Complainant learned she was not selected for the position of Patrol Agent in Charge, GS-1896-14, Tucson, AZ, advertised under Job Opportunity Announcement: USBP-IMP-10532623-HH.** *(Amendment filed on October 18, 2019)*

---

[1]    Reprisal applies to issues 1b, 1c, 1e and 1f only.

        **h. On October 1, 2019, Complainant learned she was not selection for the position of Associate Chief, GS-1896-15, Washington, D.C., advertised under Job Opportunity Announcement: USBP-IMP-10577328-XYA.** *(Amendment filed on October 18, 2019)*

2. Whether Complainant was subjected to disparate impact based on color (brown), national origin (Hispanic), and sex (female), by facially neutral practices in connection with selections for the Associate Chief, GS-1896-15, positions within U.S. Border Patrol (USBP); as supported by statistical and historical evidence.

In accordance with 29 CFR §1614.106(e), you have the right to appeal the final action on the amended complaint. Further, the agency is required to complete an investigation of the amended complaint within the earlier of 180 days after the amendment or 360 days of the filing of the original complaint. You may request a hearing from an Administrative Judge at any time after 180 days from the date of the first filed complaint.

If you request a hearing on your amended complaint, your request must be sent to:

District Director
Equal Employment Opportunity Commission
Houston District Office
Mickey Leland Building
1919 Smith Street, 6th Floor
Houston, TX 77002

You must also send a copy of your hearing request to this office.

If you have any questions, please feel free to contact me at (202) 746-8175.

Sincerely,

*DDavidson*

Danielle Davidson, EEO Investigator
Privacy and Diversity Office
U.S. Customs and Border Protection

cc:    Teresa Pedregon
       **VIA EMAIL ONLY:** teresa.pedregon@cbp.dhs.gov

| | |
|---|---|
| **From:** | DAVIDSON, DANIELLE |
| **To:** | PEDREGON, TERESA (NLL); Kevin Vogeltanz |
| **Cc:** | CULPEPPER, LISA |
| **Subject:** | HS-CBP-00701-2019 |
| **Date:** | Wednesday, January 8, 2020 1:53:00 PM |
| **Attachments:** | AMD ACC (3) Pedregon, T. CBP-00701-2019.pdf |

Ms. Pedregon / Mr. Vogeltanz,

Please see the attached letter in response to your most recent amendment request.

Thank you,

**Danielle N. Davidson**
**EEO Specialist (Investigator)**
U.S. Customs and Border Protection (CBP)
Office of the Commissioner
Privacy and Diversity Office (PDO)
1300 Pennsylvania Avenue NW, Suite 3.3D, Mail Stop #1019
Washington, D.C. 20229
Telephone: (202) 746-8175
danielle.n.davidson@cbp.dhs.gov

*Join PDO by supporting our **green initiative** which promotes a **paperless environment** by scanning and returning all forms and correspondence electronically.*

*This message contains information intended only for the addressee named above. If you believe you have received this email in error, please notify the sender immediately.*



**1300 Pennsylvania Avenue, NW
Room 3.3D, Mailstop #1019
Washington, DC  20229**

January 8, 2020

Kevin S. Vogeltanz, Esq.
The Law Office of Kevin S. Vogeltanz, LLC
<u>**VIA EMAIL ONLY:**</u>  vogeltanz@gmail.com

> Complaint of Teresa Pedregon v. Kevin K. McAleenan,
> Acting Secretary, U.S. Department of Homeland Security
> Case Number:  HS-CBP-00701-2019

Dear Mr. Vogeltanz:

The Privacy and Diversity Office received your correspondence of November 29, 2019, requesting to amend the above-referenced complaint pending in the administrative process.

The regulation at 29 CFR §1614.106 provides that a complaint may be amended to add issues or claims that are like or related to claims raised in the complaint prior to completion of the investigation.  Like or related issues or claims are those which add to or clarify the original claims that could have been reasonably expected to grow out of the investigation of the original claims.

In your correspondence dated November 29, 2019, you indicated that Complainant had learned she was not selected after receiving notice of non-selection for the following: 1) position of Associate Chief, Washington, D.C., advertised under job opportunity announcement USBP-IMP-10551136-KJK; and 2) position of Patrol Agent in Charge, Tucson, AZ, after applying for a lateral transfer into the position via a formal memorandum directed to Chief Patrol Agent (CPA) Roy Villareal.  You identified that Complainant learned or her non-selections for the positions on October 15, 2019 and October 25, 2019, respectively, and alleged retaliation and disparate treatment by Chief Brian Hastings and CPA Gregory Bovino.

Based on our review, the claims raised in your correspondence is like or related to the claims raised in the pending complaint.  Therefore, we are amending the pending complaint to include the new claims.  The filing date of the latest amendment is **November 29, 2019**.  The amended claims (in **bold**) to be investigated are:

1. Whether U.S. Customs and Border Protection (CBP) discriminated against Complainant, Acting Deputy Chief Patrol Agent, GS-1896-14, New Orleans Sector, based on her color (brown), national origin (Hispanic), sex (female), and reprisal (participation), when she was subjected to disparate treatment when the following occurred:

    a. On November 30, 2018, Complainant learned she was not selected for the position of Associate Chief, GS-1896-15, Washington, D.C., advertised under Job Opportunity Announcement: USBP-IMP-10288672-JRB.

    b. On May 17, 2019, Complainant learned she was not selected for the position of Deputy Chief Patrol Agent, GS-1896-15, New Orleans, LA, advertised under Job Opportunity Announcement: USBP-IMP-10386844-CJH.  *(Amendment filed on August 27, 2019)*

    c. On June 11, 2019, Complainant learned she was not selected for the position of Patrol Agent in Charge, GS-1896-14, Three Points, AZ, advertised under Job Opportunity Announcement: USBP-IMP-10429075-HH.  *(Amendment filed on July 25, 2019)*

    d. On July 18, 2019, Complainant was demoted as a result of being reassigned to the position of Division Chief of Operational Programs at New Orleans Sector.  *(Amendment filed on July 25, 2019)*

    e. On July 26, 2019, Complainant learned she was not selected for the position of Associate Chief, GS-1896-15, Washington, D.C., advertised under Job Opportunity Announcement: USBP-IMP-10422166-XYA.  *(Amendment filed on August 27, 2019)*

    f. On August 23, 2019, Complainant learned she was not selected for the position of Patrol Agent in Charge, GS-1896-14, Wilcox, AZ, advertised under Job Opportunity Announcement: USBP-IMP-10510255-HH.  *(Amendment filed on August 27, 2019)*

    g. On September 3, 2019, Complainant learned she was not selected for the position of Patrol Agent in Charge, GS-1896-14, Tucson, AZ, advertised under Job Opportunity Announcement: USBP-IMP-10532623-HH.  *(Amendment filed on October 18, 2019)*

    h. On October 1, 2019, Complainant learned she was not selected for the position of Associate Chief, GS-1896-15, Washington, D.C.,

advertised under Job Opportunity Announcement: USBP-IMP-10577328-XYA.  *(Amendment filed on October 18, 2019)*

i.  **On October 15, 2019, Complainant learned she was not selected for the position of Associate Chief, GS-1895-15, Washington, D.C., advertised under Job Opportunity Announcement: USBP-IMP-10551136-KJK.**  *(Amendment filed on November 29, 2019)*

j.  **On October 25, 2019, Complainant learned that her request for a lateral transfer to the position of Patrol Agent in Charge, GS-1896-14, Sonoita, AZ, was denied.**  *(Amendment filed on November 29, 2019)*

2.  Whether Complainant was subjected to disparate impact based on color (brown), national origin (Hispanic), and sex (female), by facially neutral practices in connection with selections for the Associate Chief, GS-1896-15, positions within U.S. Border Patrol (USBP); as supported by statistical and historical evidence.

In accordance with 29 CFR §1614.106(e), you have the right to appeal the final action on the amended complaint.  Further, the agency is required to complete an investigation of the amended complaint within the earlier of 180 days after the amendment or 360 days of the filing of the original complaint.  You may request a hearing from an Administrative Judge at any time after 180 days from the date of the first filed complaint.

If you request a hearing on your amended complaint, your request must be sent to:

District Director
Equal Employment Opportunity Commission
Houston District Office
Mickey Leland Building
1919 Smith Street, 6th Floor
Houston, TX 77002

You must also send a copy of your hearing request to this office.

If you have any questions, please feel free to contact me at (202) 746-8175.

Sincerely,

Danielle Davidson, EEO Investigator
Privacy and Diversity Office
U.S. Customs and Border Protection

cc:    Teresa Pedregon
       **<u>VIA EMAIL ONLY</u>:**  teresa.pedregon@cbp.dhs.gov

| From: | DAVIDSON, DANIELLE |
| To: | PEDREGON, TERESA (NLL); "Kevin Vogeltanz" |
| Cc: | CULPEPPER, LISA |
| Subject: | HS-CBP-00701-2019 |
| Date: | Monday, February 10, 2020 9:53:00 AM |
| Attachments: | AMD DENY Pedregon, T. CBP-00701-2019.pdf |
| | AMD REQ (5) Pedregon, T. CBP-00701-2019.pdf |

Ms. Pedregon / Mr. Vogeltanz,

Please see the attached letter, in response to your most recent amendment request.

Thank you,

**Danielle N. Davidson**
**EEO Specialist (Investigator)**
U.S. Customs and Border Protection (CBP)
Office of the Commissioner
Privacy and Diversity Office (PDO)
1300 Pennsylvania Avenue NW, Suite 3.3D, Mail Stop #1019
Washington, D.C. 20229
Telephone: (202) 746-8175
danielle.n.davidson@cbp.dhs.gov

*Join PDO by supporting our **green initiative** which promotes a **paperless environment** by scanning and returning all forms and correspondence electronically.*

*This message contains information intended only for the addressee named above. If you believe you have received this email in error, please notify the sender immediately.*