**1300 Pennsylvania Avenue, NW**
**Room 3.3D, Mailstop #1019**
**Washington, DC  20229**



**U.S. Customs and Border Protection**

February 10, 2020

Kevin S. Vogeltanz, Esq.
The Law Office of Kevin S. Vogeltanz, LLC
**<u>VIA EMAIL ONLY</u>:**  vogeltanz@gmail.com

Dear Mr. Vogeltanz:

On January 23, 2020, we received your correspondence, wherein you requested that the following issue be added to a pending complaint:

> Whether U.S. Customs and Border Protection (CBP) discriminated against Complainant, Acting Deputy Chief Patrol Agent, GS-1896-14, New Orleans Sector, based on her color (brown), national origin (Hispanic), sex (female), and reprisal (participation), when she was subjected to disparate treatment when, on December 9, 2019, Complainant learned she was not selected for the position of Associate Chief, GS-1896-15, Washington, D.C., advertised under Job Opportunity Announcement: USBP-IMP-10596239-XYA.

The complaint you have asked to amend is Case Number HS-CBP-00701-2019.  The issues accepted in that complaint are:

1. Whether U.S. Customs and Border Protection (CBP) discriminated against Complainant, Acting Deputy Chief Patrol Agent, GS-1896-14, New Orleans Sector, based on her color (brown), national origin (Hispanic), sex (female), and reprisal (participation), when she was subjected to disparate treatment when the following occurred:

   a. On November 30, 2018, Complainant learned she was not selected for the position of Associate Chief, GS-1896-15, Washington, D.C., advertised under Job Opportunity Announcement: USBP-IMP-10288672-JRB.

   b. On May 17, 2019, Complainant learned she was not selected for the position of Deputy Chief Patrol Agent, GS-1896-15, New Orleans,

LA, advertised under Job Opportunity Announcement: USBP-IMP-10386844-CJH.  *(Amendment filed on August 27, 2019)*

c.  On June 11, 2019, Complainant learned she was not selected for the position of Patrol Agent in Charge, GS-1896-14, Three Points, AZ, advertised under Job Opportunity Announcement: USBP-IMP-10429075-HH.  *(Amendment filed on July 25, 2019)*

d.  On July 18, 2019, Complainant was demoted as a result of being reassigned to the position of Division Chief of Operational Programs at New Orleans Sector.  *(Amendment filed on July 25, 2019)*

e.  On July 26, 2019, Complainant learned she was not selected for the position of Associate Chief, GS-1896-15, Washington, D.C., advertised under Job Opportunity Announcement: USBP-IMP-10422166-XYA.  *(Amendment filed on August 27, 2019)*

f.  On August 23, 2019, Complainant learned she was not selected for the position of Patrol Agent in Charge, GS-1896-14, Wilcox, AZ, advertised under Job Opportunity Announcement: USBP-IMP-10510255-HH.  *(Amendment filed on August 27, 2019)*

g.  On September 3, 2019, Complainant learned she was not selected for the position of Patrol Agent in Charge, GS-1896-14, Tucson, AZ, advertised under Job Opportunity Announcement: USBP-IMP-10532623-HH.  *(Amendment filed on October 18, 2019)*

h.  On October 1, 2019, Complainant learned she was not selection for the position of Associate Chief, GS-1896-15, Washington, D.C., advertised under Job Opportunity Announcement: USBP-IMP-10577328-XYA.  *(Amendment filed on October 18, 2019)*

i.  On October 15, 2019, Complainant learned she was not selected for the position of Associate Chief, GS-1895-15, Washington, D.C., advertised under Job Opportunity Announcement: USBP-IMP-10551136-KJK.  *(Amendment filed on November 29, 2019)*

j.  On October 25, 2019, Complainant learned that her request for a lateral transfer to the position of Patrol Agent in Charge, GS-1896-14, Sonoita, AZ, was denied.  *(Amendment filed on November 29, 2019)*

2.  Whether Complainant was subjected to disparate impact based on color (brown), national origin (Hispanic), and sex (female), by facially neutral practices in connection with selections for the Associate Chief, GS-1896-15,

positions within U.S. Border Patrol (USBP); as supported by statistical and historical evidence.

The regulation at 29 CFR §1614.106, which became effective on November 9, 1999, allows for amendment of complaints to add issues or claims that are like or related to an existing complaint prior to completion of the investigation.  Like or related claims are those which could have been reasonably expected to grow out of the investigation of the original claim.

I have reviewed your correspondence and have determined that while the issue may be like or related to the existing complaint, an amendment is not appropriate at this time as there is not sufficient time ahead of the regulatory deadline to process additional claims.

However, you may still raise the new claim.  To do so, Complainant must first seek informal EEO counseling on the new claims before filing a new formal complaint.  As you have already sent the amendment request to the CBP EEO Complaint Filing mailbox, we will ensure that the request is assigned to an EEO Counselor.  The date of the amendment request, January 23, 2020, will be the date used for time computation purposes to determine if initial counselor contact was timely under §1614.105(b).  This decision to not amend the original complaint is not appealable.

If you have any questions, please feel free to contact Danielle Davidson, EEO Investigator at (202) 746-8175, or at email address danielle.n.davidson@cbp.dhs.gov.

Sincerely,

*L. Culpepper*

Lisa Culpepper, Deputy Director
Privacy and Diversity Office
U.S. Customs and Border Protection

Enclosure:  Correspondence of January 23, 2020

cc:    Teresa Pedregon
       **VIA EMAIL ONLY:**  teresa.pedregon@cbp.dhs.gov