FOR OFFICIAL USE ONLY

**U.S. DEPARTMENT OF HOMELAND SECURITY**
**U.S. CUSTOMS AND BORDER PROTECTION**

---

# EEO Counselor's Report

1. **Case Number:** HS-CBP-00928-2020

2. **Complainant Last Name:** Pedregon

3. **Complainant First Name:** Teresa

4. **Date of Initial Contact:** January 23, 2020

5. **Date of Initial Interview:** February 27, 2020

6. **Date of Alleged Discriminatory Act:** December 9, 2020

7. **Job Title/Series/Grade:** Supervisory Border Patrol Agent, GS-1896-14

8. **Duty Station/Local CBP Office/Headquarters Office:** New Orleans Sector, U.S. Border Patrol.

9. **Work Phone Number:** 504-376-2803

10. **Cell Phone Number:** 504-376-2803

11. **Work Email Address:** teresa.pedregon@cbp.dhs.gov

12. **Home Email Address:** none.

13. **Is the Complainant a Member of a Bargaining Unit?** No.

14. **Identify the Bargaining Unit:** None.

15. **Representative:** Kevin Vogeltanz, Attorney at Law, email: vogeltanz@gmail.com, phone: (504) 275-5149.

16. **NOTICE OF RIGHTS AND RESPONSIBILITIES:  Was the Complainant advised in writing of his or her rights and responsibilities?** Yes. Complainant has not returned the informal counseling forms.

17. **Request for Anonymity:** No.

18. **Election to Participate in ADR:** No

19. **Basis:** Reprisal (Prior EEO Activity), Sex (Female), National Origin (Hispanic), Color (Brown).

20. **Issue:** Non-Selection/Promotion

21. **Summary of Facts Presented by Complainant:**

**WARNING:** This document is FOR OFFICIAL USE ONLY (FOUO).  It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552).  It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with Department of Homeland Security policy relating to FOUO information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval of an authorized Department of Homeland Security official.

REVISED December 2017

FOR OFFICIAL USE ONLY

**U.S. DEPARTMENT OF HOMELAND SECURITY**
**U.S. CUSTOMS AND BORDER PROTECTION**

---

On January 23, 2020, the Complainant requested to amend her formal complaint (HS-CBP-00701-2020). Due to time constraints her amendment request was not accepted. That amendment request was forwarded for informal EEO counseling on February 10, 2020.

Complainant, Supervisory Border Patrol Agent, GS-1896-14, assigned to the New Orleans Sector, alleges she was discriminated against based on Reprisal (Prior EEO Activity), Sex (Female), National Origin (Hispanic), Color (Brown), when on December 9, 2019, she was not selected for the position of Associate Chief, GS-1896-15, Washington, D.C. advertised under job opportunity announcement number USBP-IMP-10596239-XYA.

**Issue 1: On December 9, 2019, Complainant was not selected for the position of Associate Chief, GS-1896-15, Washington, D.C. advertised under job opportunity announcement number USBP-IMP-10596239-XYA.**

The Complainant stated that Brian Hastings, Chief of the Law Enforcement Directorate, is one of the managers responsible for the reprisal in this non-selection. Complainant indicated he was named in her prior EEO complaint. Complainant believes Chief Hastings also based the non-selection on her sex, national origin and color.

The Complainant stated that Gregory Bovino, Chief Patrol Agent, New Orleans Sector, is also one of the managers responsible for the reprisal in this non-selection. Complainant indicated he was named in her prior EEO complaint. Complainant believes Chief Bovino also based the non-selection on her sex, national origin and color.

According to the Complainant, this non-selection should also be investigated as a desperate impact allegation. Complainant indicated that U.S. Border Patrol has an unwritten policy that discourages or prohibits the promotion of members of protected class above a GS-15 paygrade.

Complainant asserts that both Chief Hastings and Chief Bovino leadership structure essentially and purposefully restricts minority applicants from promotion to critical intermediate leadership positions like Associate Chief and Deputy Chief Patrol Agent. Complainant stated they (Hastings and Bovino) then use the fact that the minority applicants lacks these work experiences to further discriminate against the candidates for promotion to senior leadership positions

Complainant stated she applied on September 20, 2019. No interviews were conducted. Complainant stated Joshua Hitcock (White, Male) was selected. Complainant stated she was referred to the hiring official on (date unknown). Complainant stated Chief Hastings was involved because he was the acting Deputy Chief of U.S. Border Patrol at the time. Complainant did not know the criteria used to make this selection. Complainant indicated a writing sample was

**WARNING:** This document is FOR OFFICIAL USE ONLY (FOUO).  It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552).  It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with Department of Homeland Security policy relating to FOUO information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval of an authorized Department of Homeland Security official.

REVISED December 2017

FOR OFFICIAL USE ONLY

**U.S. DEPARTMENT OF HOMELAND SECURITY**
**U.S. CUSTOMS AND BORDER PROTECTION**

---

requested from applicants. Complainant's attorney stated in the past the agency has been vague about the criteria used to make selections at the senior level.

22. **Remedies Requested:** Promotion to GS-15, attorney's fees, monetary compensation (unspecified), and other equable relief (unspecified).

23. **Was Counselor Contacted within 45 Calendar Days of Each of the Claim(s) Identified Above?** Yes.

24. **Date of Merit Promotion and Mission Support Hold Requests (for non-selection complaints) to Office of Human Resources Management and the local Mission Support Director or designee, where the vacancy was announced:** March 2, 2020.

25. **Did Complainant File a Union Grievance or an Appeal with the Merit Systems Protection Board (MSPB) on (any of) the Same Claims Raised During this Counseling Session?** Not applicable.

    **Name and Date of Labor Relations Specialist Consulted Regarding Union Grievance:** Not applicable.

    **Name and Date of Agency Attorney Consulted Regarding a MSPB Appeal:** Not applicable.

26. **Summary of Management Response(s) to Claims** *(Include titles, telephone numbers, email addresses)***:** Not applicable. Complainant did not release her identity.

27. **Date and Summary of Final Interview: Pending**

28. **Potential Witnesses Identified by Parties and Summary of Possible Statements** *(Include title, grade/series, telephone number, and email address, if available)***:**

    Gregory Bovino, Chief Patrol Agent, New Orleans Sector, GS-1896-15, email:gregory.k.bovino@cbp.dhs.gov, phone: 504-232-4824. Alleged discriminating individual.

    Brian Hastings, Chief Patrol Agent, U.S. Border Patrol, ES-1896-00, email: brian.s.hastings@cbp.dhs.gov, phone: 716-774-7202. Alleged discriminating individual.

29. **Documents Reviewed:**

    Amendment request dated January 23, 2020.

    Amendment denial dated February 10, 2020.

    Civil suit filed February 12, 2020.

**WARNING:** This document is FOR OFFICIAL USE ONLY (FOUO). It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with Department of Homeland Security policy relating to FOUO information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval of an authorized Department of Homeland Security official.

REVISED December 2017

FOR OFFICIAL USE ONLY

**U.S. DEPARTMENT OF HOMELAND SECURITY**
**U.S. CUSTOMS AND BORDER PROTECTION**

30. **Outcome of Pre-complaint Inquiry:**

   - Resolution was not reached; however, a final interview was not conducted because the Complainant's attorney waived the final interview.

31. **Date and Method NORTF Issued to Complainant and his/her Representative, if applicable (include tracking number, if relevant):** Via email on March 4, 2020.

32. **Date and Documentation of Receipt of NORTF from Complainant and his/her Representative, if applicable:** As of March 24, 2020, the Complainant has not responded.

33. **Date Counseling Report Approved:** March 3, 2020.

34. **Name of EEO Counselor:** Dustin Martinez

35. **Date:** March 24, 2020.

**WARNING:** This document is FOR OFFICIAL USE ONLY (FOUO).  It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552).  It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with Department of Homeland Security policy relating to FOUO information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval of an authorized Department of Homeland Security official.

REVISED December 2017