**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **TERESA PEDREGON** | ) | |
| | ) | **Case No: 20-512 "A" (4)** |
| **Plaintiff,** | ) | |
| | ) | **Judge: Zainey** |
| **v.** | ) | |
| | ) | **Magistrate: Roby** |
| **CHAD WOLF, ACTING SECRETARY,** | ) | |
| **UNITED STATES DEPARTMENT OF** | ) | |
| **HOMELAND SECURITY** | ) | |
| | ) | |
| **Defendant.** | ) | |

## NOTICE OF SUBMISSION

**PLEASE TAKE NOTICE** that the foregoing Motion to Dismiss for Failure to State a Claim, submitted pursuant to Federal Rule of Civil Procedure 12(b)(6) and seeking dismissal of Plaintiff's class-action claims, her disparate treatment claims based on her December 9, 2019 non-selection, and her disparate impact claims, is set for submission to the Honorable Judge Jay C. Zainey on September 30, 2020. Oral argument is not requested at this time.

Respectfully submitted,

PETER G. STRASSER
UNITED STATES ATTORNEY

 /s/ JASON M. BIGELOW
JASON M. BIGELOW
Assistant United States Attorney
LA Bar Roll No. 29761
650 Poydras Street - Suite 1600
New Orleans, Louisiana 70130
Telephone:  (504) 680-3025
Fax:  (504) 680-3174
Email:  jason.bigelow@usdoj.gov