**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| TERESA PEDREGON | ) | |
| | ) | **Case No: 20-512 "A" (4)** |
| **Plaintiff,** | ) | |
| | ) | **Judge: Zainey** |
| v. | ) | |
| | ) | **Magistrate: Roby** |
| CHAD WOLF, ACTING SECRETARY, | ) | |
| UNITED STATES DEPARTMENT OF | ) | |
| HOMELAND SECURITY | ) | |
| | ) | |
| **Defendant.** | ) | |

### *EX PARTE* MOTION FOR LEAVE TO FILE REPLY MEMORANDUM

**NOW INTO COURT**, through the undersigned Assistant U.S. Attorney, comes the

Defendant, Chad Wolf, Acting Secretary of the United States Department of Homeland Security,

who moves this Court for leave to file the attached Memorandum in Reply to Plaintiff's

Opposition, R. Doc. 24, and in support of his own motion to dismiss, R. Doc. 16.


Respectfully submitted,

PETER G. STRASSER
UNITED STATES ATTORNEY


 /s/ JASON M. BIGELOW
JASON M. BIGELOW
Assistant United States Attorney
LA Bar Roll No. 29761
650 Poydras Street - Suite 1600
New Orleans, Louisiana 70130
Telephone:  (504) 680-3025
Fax:  (504) 680-3174
Email:  jason.bigelow@usdoj.gov