**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| TERESA PEDREGON | ) | |
| | ) | **Case No: 20-512 "A" (4)** |
| **Plaintiff,** | ) | |
| | ) | **Judge: Zainey** |
| v. | ) | |
| | ) | **Magistrate: Roby** |
| CHAD WOLF, ACTING SECRETARY, | ) | |
| UNITED STATES DEPARTMENT OF | ) | |
| HOMELAND SECURITY | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

Considering Defendant's *Ex Parte* Motion for Leave to File a Reply Memorandum, Defendant's motion is **GRANTED** and Defendant's Reply Memorandum should be entered into the record for this case.

New Orleans, Louisiana, this _____ day of October, 2020.

_____

**JUDGE JAY C. ZAINEY**