UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

TERESA PEDREGON                                    CIVIL ACTION

VERSUS                                             NO: 20-512

CHAD WOLF, ACTING SECRETARY,                       SECTION: "A" (4)
UNITED STATES DEPARTMENT OF
HOMELAND SECURITY

## MINUTE ENTRY (JS-10: 15)

On September 8, 2021, the Court held a telephone status conference with the following counsel in attendance: Keven Vogeltanz for Plaintiff; Jason Bigelow for Defendant. The Court set the conference to address the parties' Joint Motion to Continue Trial (Rec. Doc. 32).

Significant additional discovery remains to be concluded.

Plaintiff shall be deposed no later than **September 30, 2021.**

**Within one (1) week**, Plaintiff's counsel shall forward to defense counsel a list of the persons he wants to depose (this is not intended to be a final list). For each witness Plaintiff shall indicate whether the witness is believed to be employed by the defendant agency. Defense counsel shall determine whether the listed witnesses continue to be employed by the Government. Depositions notices to each of the witnesses must be served no later than **September 30, 2021.**

The parties will not be prejudiced by the current scheduling order deadlines. Accordingly;

**IT IS ORDERED** that the **Joint Motion to Continue Trial (Rec. Doc. 32)** is denied without prejudice.

**IT IS FURTHER ORDERED** that the pretrial conference scheduled for

**<u>Thursday, October 28, 2021, at 10:30 a.m.</u>** shall proceed as a status conference BY

TELEPHONE. The call in number is **877-336-1280**; access code **2321992**.

\* \* \* \* \* \* \*