UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

TERESA PEDREGON                                        CIVIL ACTION

VERSUS                                                 NO: 20-512

CHAD WOLF, ACTING SECRETARY,              SECTION: "A" (4)
UNITED STATES DEPARTMENT OF
HOMELAND SECURITY

**MINUTE ENTRY (JS-10: 15)**

On October 28, 2021, the Court held a telephone status conference with the following counsel in attendance: Keven Vogeltanz for Plaintiff; Jason Bigelow for Defendant. The Court set the conference as a follow-up to the conference held on September 8, 2021. (Rec. Doc. 34).

Plaintiff has been deposed.

The parties are working cooperatively to coordinate depositions for this case and other civil actions in which plaintiff's counsel represents other employees of the defendant agency. The parties anticipate that the trial of one of those other civil actions, which is before Judge Guidry, will go to trial in 2022. The same scheduling order deadlines (except for the dispositive motion deadline, pretrial and trial dates) will be adopted for this action.

After the depositions are taken in this case counsel shall contact the Court in order to schedule a status conference. At the status conference a new trial date will be selected. Prior to the conference, counsel shall provide the Court with a copy of the scheduling order entered in Judge Guidry's case.

Accordingly;

**IT IS ORDERED** that the jury trial scheduled for **November 15, 2021** is

**CANCELLED**.

\* \* \* \* \* \* \*