## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

**TERESA PEDREGON**

      **Plaintiff,**

      **v.**

**ALEJANDRO MAYORKAS, SECRETARY,
UNITED STATES DEPARTMENT OF
HOMELAND SECURITY**

      **Defendant.**

**CIVIL NO. 2:20-CV-00512-JCZ-KWR**

### PLAINTIFF'S WITNESS & EXHIBIT LIST

Pursuant to the Court's amended scheduling order in this matter (Doc. 40), plaintiff Teresa Pedregon submits the following lists of witnesses and exhibits that she may or will present at trial in this matter:[1]

### WITNESS LIST

**I.    Will Call List**

Plaintiff will call the following witness at trial:

Plaintiff Teresa Pedregon.

**II.    May Call List**

Plaintiff may call any of the following witnesses at trial

1.    Fabrianne Pedregon;

2.    USBP Agent Jon Joyner;

3.    USBP Agent Randolph Williams, III

4.    CBP Civilian Carol Borne;

---

[1] Discovery is still ongoing.  Accordingly, plaintiff respectfully reserves the right to request leave to file an amended witness and exhibit list at the close of discovery.

1

5.      USBP Agent Gregory Bovino;

6.      USBP Agent Brian Hastings;

7.      USBP Agent Richard Hudson (retired);

8.      USBP Agent Christopher Bullock;

9.      USBP Agent Ronald Bellavia (retired);

10.     USBP Agent Scott Luck (retired);

11.     USBP Agent Robert Simon (retired);

12.     USBP Roy Villareal (retired);

13.     USBP Agent Steven Adkinson (retired);

14.     USBP Agent John Modlin;

15.     USBP Agent Carla Provost (retired);

16.     USBP Agent Crinley Hoover;

17.     USBP Agent Dion G. Ethell;

18.     Dr. G. Randolph Rice (plaintiff's timely designated expert economist);

22.     Any witness actually deposed during this case;

23.     Any witness deposed in the case *Williams v. Mayorkas*, No. 2:19-CV-12841, *Joyner v. Mayorkas*, 2:19-CV-14234, or *Borne v. Mayorkas*, No. 2:21-cv-00240-LMA-KWR for which counsel for all parties have stipulated that certain deposition transcripts may be used for any purpose in this case;

24.     Any witness identified or designated in any initial disclosures, discovery responses, witness list, or any other pleading filed by any party to this litigation;

25.     Any custodian or other person necessary to authenticate evidence; and,

26.     Any person necessary solely for impeachment or rebuttal purposes.

2

**EXHIBIT LIST**

Plaintiff may introduce any of the following exhibits at trial (designated by Bates No. or other identifying description).  Note, discovery is ongoing, and so plaintiff respectfully reserves the right to request leave to file an amended witness and exhibit list at the close of discovery.

1. Pedregon's DHS Formal Complaint Form 3090-1 (PEDREGON 1-4);

2. Letter dated 2019.4.24 from Vogeltanz to CBP in re Formal Complaint of Discrimination (PEDREGON 5-14);

3. Declaration of Teresa Pedregon in interrogatory format re DHS Complaint (PEDREGON 15-28);

4. Declaration of Teresa Pedregon in declaration format re DHS Complaint (PEDREGON 29-32);

5. Evidence given to EEO Investigator (PEDREGON 33-35);

6. Notice of Acceptance re DHS Complaint (PEDREGON 36-40);

7. EEO Letter Amending Pedregon's DHS Complaint (PEDREGON 41-44);

8. Signed Request for ADR and Confidentiality Agreement re DHS Complaint (PEDREGON 45);

9. Informal EEO Customer Service Assessment completed by Pedregon (PEDREGON 46);

10. Notice of Right to File a Discrimination Complaint (PEDREGON 47-48);

11. Email Thread with Melissa A. Lucio RE Anxiety, loss of interest and enjoyment in life, therapy, etc. (PEDREGON 49-50);

12. Emails with Michael Harrison re EAP Appointments with therapist (PEDREGON 51-53);

13. Pedregon's Personal Record of incidents regarding Bovino, Bullock, Banco kept during relevant time period (PEDREGON 54-56);

14. Pedregon's Up-to-date Resume (PEDREGON 57-62);

15. Pedregon's W2s from 2017-2020 (PEDREGON 63-74);

16. Pedregon's Statements of Earnings and Leave from 2017 - July 15, 2021 (PEDREGON 75-84);

17. Certain portions of Pedregon's Federal and State Tax Return for 2015 (PEDREGON 85-276);

18. Certain portions of Pedregon's Federal and State Tax Return for 2016 (PEDREGON 277-513);

19. Certain portions of Pedregon's Federal and State Tax Return for 2017 (PEDREGON 514-694);

20. Certain portions of Pedregon's Federal and State Tax Return for 2018 (PEDREGON 695-730);

21. Certain portions of Pedregon's Federal and State Tax Return for 2019 (PEDREGON 731-936); and

22. Certain portions of Pedregon's Federal and State Tax Return for 2020 (PEDREGON 937-1051).

23. Any email, attachment, or other document produced by defendant in this matter in response to plaintiff's requests for the production of documents, identified by defendant within the following bates-labeled categories:[2]

- RPD 1

- RPD 2

- RPD 3

- RPD 4

- RPD 5

- RPD 6

- RPD 7

- RPD 8

- RPD 9

---

[2] Presumably because of the number of pages defendant has produced during discovery in this matter, defendant's bates-labeling system is not sequential starting from 1 and counting upwards. Instead, defendant's bates-labeling system appears to start at 1 and counts upwards with respect to every Request for Production answered by defendant, and so that is how the production is referenced here in this W&E list.

- RPD 10

- RPD 11

- RPD 12

- RPD 13

- RPD 14

- RPD 15

- RPD 16

- RPD 17

- RPD 18

- RPD 19

- RPD 20

- RPD 21

- RPD 22

- RPD 23

- RPD 24

- RPD 25

- RPD 26

- RPD 27

- RPD 28

- RPD 29

- RPD 30

- RFP 31

- RFP 32

- RFP 33

24. Any other email, document, or thing produced by defendant in this matter;

25. Any email, document, or thing attached as an exhibit to any deposition of a witness deposed in the case *Williams v. Mayorkas*, No. 2:19-CV-12841, *Joyner v. Mayorkas*, 2:19-CV-14234, or *Borne v. Mayorkas*, No. 2:21-cv-00240-LMA-KWR for which counsel for all parties have stipulated that certain deposition transcripts may be used for any purpose in this case;

26. Deposition Transcript of Teresa Pedregon and attached exhibits (October 1, 2021);

27. Deposition Transcript of Ronald Bellavia and attached exhibits (February 15, 2022);

28. Deposition Transcript of Richard Hudson and attached exhibits (February 17, 2022);

29. Deposition Transcript of Gregory Bovino and attached exhibits (not yet taken);

30. Deposition Transcript of Brian Hastings and attached exhibits (not yet taken);

31. Deposition Transcript of Roy Villareal and attached exhibits (not yet taken);

32. Deposition Transcript of Scott Luck and attached exhibits (not yet taken);

33. Deposition Transcript of Carla Provost and attached exhibits (not yet taken);

34. Deposition Transcript of Brad Simon and attached exhibits (not yet taken);

35. Deposition Transcript of Steven Adkinson and attached exhibits (not yet taken);

36. Deposition Transcript of John Modlin and attached exhibits (not yet taken);

37. Deposition Transcript of Crinley Hoover and attached exhibits (not yet taken);

38. Deposition Transcript of Dion G. Ethell and attached exhibits (not yet taken);

39. Deposition Transcript of any other deponent not yet taken during discovery and attached exhibits;

40. Any discovery pleading, answers to interrogatories, responses to requests for the production of documents, or responses to requests for admissions made by any party in this case;

41. Any document identified or produced by any party in this matter;

42. Any pleading filed by any party in this matter;

43. Any exhibit to any deposition in this matter;

44. Any expert report produced in this matter;

45. Any document necessary solely for impeachment; and,

46. Plaintiff's Expert Economist Report by Dr. G. Randolph Rice, Ph.D. and Rule 26

Disclosures (PEDREGON EXPERT 1-36).

Respectfully submitted:

/s/ Kevin S. Vogeltanz
Kevin S. Vogeltanz, TA (Bar #32746)
Alec W. Szczechowski (Bar #38422)
The Law Office of Kevin S. Vogeltanz, LLC
823 Carroll Street, Suite A
Mandeville, LA 70448
Telephone:  (504) 275-5149
Facsimile:  (504) 910-1704
Email: vogeltanz@gmail.com

*Attorney for plaintiff Teresa Pedregon*

**LOCAL RULE 5.4 CERTIFICATION**

Pursuant to Local Rule 5.4, no certificate of service is required for this motion because all parties are electronic filers and will receive notice through the court's electronic filing system.

/s/ Kevin S. Vogeltanz