**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| TERESA PEDREGON | ) | |
| | ) | **Case No: 20-512 "A" (4)** |
| **Plaintiff,** | ) | |
| | ) | **Judge: Zainey** |
| v. | ) | |
| | ) | **Magistrate: Roby** |
| ALEJANDRO MAYORKAS, SECRETARY, | ) | |
| UNITED STATES DEPARTMENT OF | ) | |
| HOMELAND SECURITY | ) | |
| | ) | |
| **Defendant.** | ) | |

**DEFENDANT'S WITNESS AND EXHIBIT LIST**

NOW INTO COURT, through the undersigned Assistant United States Attorney, comes the Defendant, Alejandro Mayoraks, Secretary of the United States Department of Homeland Security who submits the following witness and exhibits lists. Undersigned counsel was out of town last week and Plaintiff's counsel, Kevin Vogeltanz, consented to the filing of this pleading at this time.

I.    **Witness List**

1.  Teresa Pedregon

2.  Brian Hastings (recommending official and/or selecting official)

3.  Ron Bellavia (recommending official)

4.  Roy Villareal (retired) (recommending and/or selecting official)

5.  Crinley Hoover (recommending official)

6.  Dion Ethell (recommending official)

7.  Scott Luck (retired)

8.  Richard Hudson (retired)

9.  Gregory Bovino (recommending official and one of Plaintiff's supervisors)

1

10. Christopher Bullock

11. Dr. Kenneth Boudreaux (defendant's expert economist)

12. Any witnesses deeded to authenticate or lay a foundation for the admissibility of any exhibits included in Plaintiff's or Defendant's exhibit lists.

13. Any witness appear on Plaintiff's witness list, Rule 26 disclosures, or discovery responses.

14. Any witness identified through further discovery.

II.     **Exhibit List**

1.  Any document produced by Plaintiff during discovery, currently bates labeled PEDREGON 1-1051.

2.  And document produced by Defendant to Plaintiff during discovery, currently bates labeled by the specific Request for Production that they were produced in response to: Pedregon RFP 9 (1-648), Pedregon RFP 13 (1-103), Pedregon RFP 17 (1-284), Pedregon RFP 18 (1-1194), Pedregon RFP 19 (1-131), Pedregon RFP 21 (1-428), Pedregon RFP 23 (1-44), Pedregon RFP 26 (1-288), Pedregon RFP 27 (1-30), Pedregon RFP 28 (1-6), Pedregon RFP 30 (1-106), and Pedregon RFP 31 (1-30).

3.  Any documents produced in response to Plaintiff's Supplemental Request for Production No. 1, which have not been produced and involve an email search.

4.  Any documents contained within the Report of Investigation (ROI) for Plaintiff's EEO administrative claim, Case No: HS-CBP-00701-2019.

5.  The deposition transcripts and any exhibits attached to the transcripts for any witness listed for this case and taken in this case or in any of the related cases, *Williams v. Mayorkas*, #19-12841, *Joyner v. Mayorkas*, #19-14234, or *Borne v. Mayorkas*, #21-240.

6.  Any document included on Plaintiff's exhibit list or initial disclosures.

7. Any pleading or written discovery response from this lawsuit.

8. Any document identified by either party in a motion or response to a motion.

9. The expert report of Defendant's retained economic expert, Dr. Kenneth Boudreaux.

Respectfully submitted,

PETER G. STRASSER
UNITED STATES ATTORNEY


 /s/ JASON M. BIGELOW
JASON M. BIGELOW
Assistant United States Attorney
LA Bar Roll No. 29761
650 Poydras Street - Suite 1600
New Orleans, Louisiana 70130
Telephone:  (504) 680-3025
Fax:  (504) 680-3174
Email:  jason.bigelow@usdoj.gov